# EXHIBIT B

**Subject:** VENEZUELA-EO13850-2022-954785-1
**Date:** Friday, July 29, 2022 at 4:10:02 PM Eastern Daylight Time
**From:** Agmed@treasury.gov
**To:** agamardo@gamardolaw.com

Dear Mr. Gamardo,

I received your request dated July 22, 2022, to the Office of Foreign Assets Control, on behalf of Casa Express Corp, requesting an authorization to litigate in the case styled Casa Express Corp v. Bolivarian Republic of Venezuela, et al. Case No. 1:21-23103-BB, which is pending at the US District Court for the Southern District of Florida.

Based on information provided in the Application, it appears to me that the client is not blocked persons pursuant to the Venezuela Sanctions Regulations, and it appears to me that the proposed activities are not prohibited by Venezuela Sanctions Regulations.  To the extent this is accurate, and to the extent your representation/client do not involve persons blocked consistent with Venezuela Sanctions Regulations, 31 C.F.R. Part 591, the proposed activities would not be prohibited.  Therefore, I believe that your litigation would not appear to require a license from OFAC.

Please note, however, that the entry into a settlement agreement or the enforcement of any lien, judgment, arbitral award, decree, or other order through execution, garnishment, or other judicial process purporting to transfer or otherwise alter or affect property or interests in property blocked pursuant to the Venezuela Sanctions Regulations  is prohibited unless authorized pursuant to a specific license issued by OFAC pursuant to the Venezuela Sanctions Regulations.  *See* VSR § 591.407.  We encourage you to submit a license application or interpretive guidance request to OFAC, if and when the ICC arbitration process reaches that point.

The case is undergoing an active review process.  However, I cannot tell you the possible length of time required to complete the review process as it is at the beginning stage.  Should we require any additional information, we will reach out to you.

Sincerely,

Jae Ahn
Office of Foreign Assets Control
U.S. Department of the Treasury
Washington, DC 20220
202-622-2480

This electronic message transmission contains information from the Office of Foreign Assets Control, US Department of the Treasury which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by replying to this e-mail, or call 202-622-2480 immediately. Thank you.