# EXHIBIT C





**OFFICE OF THE SPECIAL ATTORNEY**
Bolivarian Republic of Venezuela

BOLIVARIAN REPUBLIC OF VENEZUELA,
OFFICE OF THE SPECIAL ATTORNEY OF THE
REPUBLIC PER-P-372, FEBRUARY 21st, 2022

Enrique J. Sanchez Falcon
Special Attorney of the Republic

In exercise of the powers established in Article 17.1 of the Law of the Statute that Governs the Transition to Democracy to Re-establish the Validity of the Constitution of the Bolivarian Republic of Venezuela and having heard the opinion of the National Council for Judicial Defense,

WHEREAS,

That the Statute that Governs the Transition to Democracy to Re-establish the Validity of the Constitution of the Bolivarian Republic of Venezuela puts in charge of the interim government the actions intended to protect or recover the assets of the Republic abroad, and to this effect the powers of the interim Executive Office must be exercised by the Special Attorney of the Republic, a body created in the aforementioned Statute.

WHEREAS,

That the Office of the Special Prosecutor has received a proposal for a mechanism to recover assets of the Republic, which consists of creditors of the Republic or its decentralized entities that have obtained final judgments in which their credits are stated, they offer themselves to sue, at their own risk, the holders of Venezuelan assets obtained through acts of corruption and that the assets thus recovered serve to repay the debts owed by the Republic and its decentralized entities with the aforementioned creditors, up to the concurrence of the amounts owed.

WHEREAS,

That the proposed mechanism presents clear benefits for Venezuela in terms of reducing the amount of their debts and will contribute to reducing the scope of impunity in crimes against public property, with no need to make outlays to hire law firms, so it must be applied in all cases of creditors who show an interest in availing themselves of this procedure and who meet the requirements established for that purpose,

Pronounce the following





OFFICE OF THE SPECIAL ATTORNEY
Bolivarian Republic of Venezuela

GUIDELINES FOR PROCESSING PROPOSALS FROM
CREDITORS OF THE VENEZUELAN PUBLIC SECTOR TO SUE
HOLDERS OF ASSETS OBTAINED BY
ACTS OF CORRUPTION

Article 1. - The creditors of the Republic and of the decentralized entities, interested in executing their beliefs on assets originating from corruption and in availing themselves of the procedure referred to in these guidelines, will address to the Special Attorney General of the Republic to submit their proposal, accompanying the necessary information on the procedure, among them the indication of the final judgments demonstrating their credit, the identification of the holders of public assets obtained by acts of corruption and the assets on which their performance will be directed.

SOLE PARAGRAPH: In cases of claims against decentralized entities of the Republic, the proposal referred to in this article must be addressed to the Special Attorney General of the Republic through the corresponding decentralized entity.

Article 2. - In the proposal referred to in the previous article, the interested party will express his/her decision to waive the right to exercise acts against the Venezuelan public entities to execute the final judgement or judgements obtained, at least until the conclusion of the procedures that have already been initiated against the holders of assets originated from corruption.

Article 3. - The Special Attorney General of the Republic, once the records of the case have been examined and the additional information required from the proponent obtained and verified, will issue a decision and communicate it to the interested party.

If the decision is favorable and the proponent so requests, the Special Attorney may address a communication to the Office of Foreign Assets Control (OFAC), a division of the United States Department of the Treasury, in which he/she will express that he/she has no objection to the license request made by the interested party.

Article 4. - If the Special Attorney General receives at any time information about the lack of veracity of the statements or receipts submitted by the proponent, or that evidence the connection between the proponent and the usurper regime of Venezuela, or any dishonest conduct of that person, may revoke or null the previously issued favorable decision.

2

4





OFFICE OF THE SPECIAL ATTORNEY
Bolivarian Republic of Venezuela

Article 5. - The assets that the proposing person manages to recover will be imputed to the cancellation of the claim against the debtor public entity, up to the concurrence of the amounts owed by it, and in the event of any surplus, it will be delivered to the corresponding public entity.

Issued in Bogota, Republic of Colombia, on the twenty-first (21) day of February, two thousand and twenty-two.

Enrique J. Sanchez Falcon.

Digitally signed by
ENRIQUE JOSE
SANCHEZ FALCON
Date: 2022.02.21
11:48:24 - 0500

Special Attorney of the Bolivarian Republic of Venezuela

3

5



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **21st** day of **March, 2022**

    I, Alexander Largaespada ( *[signature]* ), hereby certify that I translated the attached documents from Spanish into English or English into Spanish and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Spanish and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

    I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Spanish-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

*[signature]*



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.





OFICINA DEL PROCURADOR ESPECIAL
República Bolivariana de Venezuela

REPÚBLICA BOLIVARIANA DE VENEZUELA,
PROCURADURÍA ESPECIAL DE LA REPÚBLICA
PER-P-372, 21 DE FEBRERO DE 2022

Enrique J. Sánchez Falcón
Procurador Especial de la República

En ejercicio de las potestades establecidas en el artículo 17.1 de la Ley del Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela y oída la opinión del Consejo Nacional de Defensa Judicial,

CONSIDERANDO,

Que el Estatuto que Rige la Transición a la Democracia para Restablecer la Vigencia de la Constitución de la República Bolivariana de Venezuela pone a cargo del gobierno interino las acciones destinadas a proteger o recuperar los activos de la República en el extranjero, y en tal sentido las competencias del Poder Ejecutivo interino deben ser ejercidas por la Procuraduría Especial de la República, órgano creado en el mencionado Estatuto.

CONSIDERANDO,

Que en la Procuraduría Especial se ha recibido la propuesta de un mecanismo para recuperar activos de la República, que consiste en que acreedores de la República o de sus entes descentralizados que han obtenido sentencias definitivamente firmes en las que constan sus acreencias, se ofrecen para demandar, a su riesgo, a poseedores de activos del sector público venezolano que los han obtenido mediante actos de corrupción y que los activos así recuperados sirvan para amortizar las deudas que tiene la República y sus entes descentralizados con los referidos acreedores, hasta concurrencia de las sumas adeudadas.

CONSIDERANDO,

Que el mecanismo propuesto presenta indudables beneficios para Venezuela en cuanto a disminuir el monto de sus deudas y a contribuir a reducir el ámbito de la impunidad en los delitos contra el patrimonio público, sin necesidad de efectuar desembolsos por concepto de contratación de firmas de abogados, por lo que debe ser aplicado en todos los casos de acreedores que muestren interés en acogerse a ese procedimiento y que reúnan los requisitos establecidos al efecto,

Dicta las siguientes





OFICINA DEL PROCURADOR ESPECIAL
República Bolivariana de Venezuela

**PAUTAS PARA PROCESAR LAS PROPUESTAS DE ACREEDORES DEL SECTOR PÚBLICO VENEZOLANO PARA DEMANDAR A POSEEDORES DE ACTIVOS OBTENIDOS POR ACTOS DE CORRUPCIÓN**

Artículo 1.- Los acreedores de la República y de los entes descentralizados, interesados en ejecutar sus acreencias sobre bienes provenientes de la corrupción y en acogerse al procedimiento a que se refieren estas pautas se dirigirán al Procurador Especial de la República para plantearle su propuesta, acompañando las informaciones necesarias sobre el trámite, entre ellas la indicación de las sentencias firmes demostrativas de su acreencia, la identificación de los poseedores de bienes públicos obtenidos por actos de corrupción y los bienes sobre los cuales se dirigirá su actuación.

PARÁGRAFO ÚNICO: En los casos de acreencias contra entes descentralizados de la República la propuesta a que se refiere este artículo deberá dirigirse al Procurador Especial de la República por medio del ente descentralizado correspondiente.

Artículo 2.- En la propuesta a que se refiere el artículo anterior, el interesado expresará su decisión de renunciar a ejercer actos contra los entes públicos venezolanos para ejecutar la o las sentencias firmes que ha obtenido, al menos hasta que concluyan los procedimientos que se hayan incoado contra los poseedores de bienes originados por la corrupción.

Artículo 3.- El Procurador Especial de la República, una vez examinados los recaudos del caso y obtenidas y verificadas las informaciones adicionales que requiera del proponente, emitirá su decisión y se la comunicará al interesado.

Si la decisión fuera favorable y así lo solicitare el proponente, el Procurador Especial podrá dirigir una comunicación a la Oficina de Administración de Activos en el Exterior (OFAC), dependiente del Departamento del Tesoro de los Estados Unidos de América, en la cual le expresará que no tiene objeción a la solicitud de licencia que le haga el interesado.

Artículo 4.- Si el Procurador Especial recibe en cualquier momento informaciones sobre la falta de veracidad de las afirmaciones o de los recaudos que le ha presentado el proponente, o que evidencien la vinculación de éste con el régimen usurpador de Venezuela, o alguna conducta deshonesta de esa persona, podrá revocar o dejar sin efecto la decisión favorable previamente emitida.

2





OFICINA DEL PROCURADOR ESPECIAL
República Bolivariana de Venezuela

Artículo 5.- Los activos que logre recuperar la persona proponente serán imputados a la cancelación de la acreencia contra el ente público deudor, hasta concurrencia de las sumas adeudadas por este, y si existe alguna suma sobrante será entregada al ente público correspondiente.

Dado en Bogotá, República de Colombia, a los veintiún (21) días del mes de febrero de dos mil veintidós.

Enrique J. Sánchez Falcón.

Firmado digitalmente
por ENRIQUE JOSE
SANCHEZ FALCON
Fecha: 2022.02.21
11:48:24 -05'00'

Procurador Especial de la República Bolivariana de Venezuela

3