# EXHIBIT D



[Coat of Arms)
Office of the Special Prosecutor
Bolivarian Republic of Venezuela]

Bogota, D.C., March 17th, 2022.

PER-P-389

Citizen
Luis Gamardo Medina
Representative of Casa Express Corp.
Via e-mail

I am writing to you, in my capacity as Special Attorney General of the Bolivarian Republic of Venezuela, in response to your communication dated March 2, 2022, in which you request a Letter of No Objection for Casa Express's application for License pending with the Office of Foreign Assets Control (OFAC) of the U.S. Department of the Treasury, case number VENEZUELA-EO13850-2021-874564-1.

To that effect, the Office of the Special Attorney General of the Republic, under my direction, has examined your petition with the corresponding filings in which you state that you have registered the judgment from the Court of the Southern District Court of New York and have filed a motion in the Court of the Southern District Court of Florida to commence a supplementary proceeding seeking to execute real properties held in the name of corporations owned of controlled by Raul Gorrin Belisario for satisfaction with funds that according to OFAC and the U.S. Attorney's Office of South Florida he obtained through bribery and corruption. Likewise, you state that this procedure will be executed in full compliance with the GUIDELINES FOR PROCESSING THE PROPOSALS OF CREDITORS OF THE VENEZUELAN PUBLIC SECTOR TO SUE HOLDERS OF ASSETS OBTAINED BY ACTS OF CORRUPTION, issued by the Special Attorney General's Office and published in the Legislative Gazette No. 57, dated February 22, 2022, and indicate that "we will not act against other assets of Venezuelan public entities to enforce the judgment obtained by Casa Express in the Southern District Court of New York ordering the payment of $43.3 million to the Bolivarian Republic of Venezuela for the non-payment of two (2) sovereign bonds". Likewise, in a subsequent act, you undertook the commitment to communicate this obligation to the Court of the Southern District of Florida in which the motion to commence the supplementary execution procedure is pending.

In response to your request, this Special Attorney General expresses our willingness to grant the requested Letter of No Objection to be addressed to OFAC, under the terms of your request, which is attached hereto.

Sincerely,

[Signature]
Digitally signed by
ENRIQUE JOSE
SANCHEZ
FALCON
Date: 03/07/2022
21:11:27 +01'00'

**Enrique** J. **Sanchez Falcon** Special Attorney General of the Bolivarian Republic of Venezuela



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **21st** day of **March, 2022**

---

    I, Alexander Largaespada ( *[signature]* ), hereby certify that I translated the attached documents from Spanish into English or English into Spanish and that these translations are accurate and faithful translations of the original documents. Furthermore, I certify that I am proficient in translating both Spanish and English and that I hold the capacity to render and certify the validity of such translations. These documents have not been translated for a family member, friend, or business associate.

    I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Spanish-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that these documents have been proofread and that the attached documents are faithful and authentic translations of their originals.

Respectfully,

*[signature]*



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.



OFICINA DEL PROCURADOR ESPECIAL
República Bolivariana de Venezuela

PER-P-389

Bogotá, D.C., 17 de marzo de 2022.

Ciudadano
Luis Gamardo Medina
Representante de la empresa Casa Express Corp.
Vía correo electrónico.-

    Me dirijo a usted, muy atentamente, en mi condición de Procurador Especial de la República Bolivariana, para dar respuesta a su comunicación del 2 de marzo de 2022, en la que nos solicita Carta de No Objeción a la solicitud de Casa Express de una Licencia ante la Oficina de Control de Activos Extranjeros (OFAC) del Departamento del Tesoro de los Estados Unidos, caso número VENEZUELA-EO13850-2021-874564-1.

    A esos efectos, la Oficina del Procurador Especial de la República, bajo mi dirección, ha examinado su petición con los correspondientes recaudos en la que expresa que ha registrado la sentencia de la Corte del Distrito Sur de Nueva York y ha presentado una moción ante la Corte del Distrito Sur de la Florida para empezar un procedimiento supletorio en búsqueda de la ejecución de inmuebles que son propiedad, o que están a nombre de sociedades mercantiles controladas por Raúl Gorrín Belisario para la satisfacción con fondos que según la OFAC y la Fiscalía Federal del Sur de la Florida obtuvo a través de sobornos y corrupción. Asimismo, señala usted que ese procedimiento se ejecutará ajustado en un todo a las **PAUTAS PARA PROCESAR LAS PROPUESTAS DE ACREEDORES DEL SECTOR PÚBLICO VENEZOLANO PARA DEMANDAR A POSEEDORES DE ACTIVOS OBTENIDOS POR ACTOS DE CORRUPCIÓN**, dictada por la Procuraduría Especial y publicadas en la Gaceta Legislativa N° 57, de fecha 22 de febrero de 2022, e indica que "no ejerceremos actos contra otros bienes de los entes públicos venezolanos para ejecutar la sentencia que obtuvo Casa Express en la Corte del Distrito Sur de Nueva York en la cual ordena pagar la cantidad de $ 43,3 millones a la República Bolivariana de Venezuela por el impago de dos (2) bonos soberanos". Asimismo, en un acto posterior, usted asumió el compromiso de comunicar esta obligación a la Corte del Distrito Sur de la Florida en la cual cursa la moción para empezar el procedimiento supletorio de ejecución.

    En respuesta a su solicitud, esta Procuraduría Especial le manifiesta nuestra disposición de otorgar la Carta de No Objeción solicitada para ser dirigida a la OFAC, en los términos de su petición, la cual se anexa a la presente comunicación.

Atentamente,

Firmado digitalmente por
ENRIQUE JOSE
SANCHEZ FALCON
Fecha: 2022.03.17
21:14:31 +01'00'

**Enrique J. Sánchez Falcón**
Procurador Especial
República Bolivariana de Venezuela