# EXHIBIT E


[Coat of arms]

**SPECIAL ATTORNEY GENERAL'S OFFICE**

Bolivarian Republic of Venezuela

**PER-P-388**                                                                                           Bogota, D.C., March 17, 2022.

U.S. Department of Treasury
c/o Office of Foreign Assets Control
1500 Pennsylvania Avenue N.W.
Freedman's Bank Building
Washington, D.C. 20220

Re: *Casa Express Corp, as Trustee of Casa Express Trust v. Bolivarian Republic of Venezuela,* Case No. 1:21-mc-23103-BB.

    We hereby inform you that the Bolivarian Republic of Venezuela, by and through the Office of the Special Attorney General, does not have any objection to Casa Express Corp, as Trustee of Casa Express Trust, obtaining an authorization or license from the Department of the Treasury to execute the judgment that the District Court of the Southern District of New York issued ordering the Bolivarian Republic of Venezuela to pay the amount of $43,360,535.20, against properties located in the United States of America that were acquired by companies controlled or owned by Raul Gorrin Belisario, who has been identified by OFAC and by the South Florida Prosecutor's Office of having participated in acts of corruption and payment of millionaire bribes to officials in charge of the National Treasury Office of the Bolivarian Republic of Venezuela.

Respectfully,

Digitally signed by ENRIQUE JOSE SANCHEZ FALCON
Date: 03.17.2022 21:11:27 +01'00'

[Signature]
**Enrique J. Sanchez Falcon**
Special Attorney General
Bolivarian Republic of Venezuela



The Spanish Group LLC
1 Park Plaza, Suite 600
Irvine, CA 92614
United States of America
https://www.thespanishgroup.org

## Certified Translation

Furnished on the **18th** day of **March, 2022**

    I, Alexander Largaespada (*signature*), hereby certify that I translated the attached document from Spanish into English or English into Spanish and that this translation is an accurate and faithful translation of the original document. Furthermore, I certify that I am proficient in translating both Spanish and English and that I hold the capacity to render and certify the validity of such a translation. This document has not been translated for a family member, friend, or business associate.

    I, Salvador G. Ordorica, as a Quality Assurance Agent of The Spanish Group LLC, hereby attest that the aforementioned translator is a proficient Spanish-English translator. Accordingly, as an authorized representative of The Spanish Group, I certify that this document has been proofread and that the attached document is a faithful and authentic translation of its original.

Respectfully,



**Salvador G. Ordorica**
**The Spanish Group LLC**
**(ATA #267262)**

The Spanish Group LLC verifies the credentials and/or competency of its translators and the present certification, as well as any attached pages, serves to affirm that the document(s) enumerated above has/have been translated as accurately as possible from its/their original(s). The Spanish Group LLC does not attest that the original document(s) is/are accurate, legitimate, or has/have not been falsified. Through having accepted the terms and conditions set forth in order to contract The Spanish Group LLC's services, and/or through presenting this certificate, the client releases, waives, discharges and relinquishes the right to present any legal claim(s) against The Spanish Group LLC. Consequently, The Spanish Group LLC cannot be held liable for any loss or damage suffered by the Client(s) or any other party either during, after, or arising from the use of The Spanish Group LLC's services.



**OFICINA DEL PROCURADOR ESPECIAL**
República Bolivariana de Venezuela

**PER-P-388**                                                          Bogotá, D.C., 17 de marzo de 2022.

U.S. Department of Treasury
c/o Office of Foreign Assets Control
1500 Pennsylvania Avenue N.W.
Freedman's Bank Building
Washington, D.C. 20220

                                        Re: *Casa Express Corp, as Trustee of Casa Express Trust v. Bolivarian Republic of Venezuela*, Case No. 1:21-mc-23103-BB.

    Por medio de la presente hacemos de su conocimiento que la República Bolivariana de Venezuela, por órgano de esta Procuraduría Especial, no tiene ninguna objeción en que Casa Express Corp, como Trustee de Casa Express Trust, obtenga una autorización o licencia de parte del Departamento del Tesoro para ejecutar la acreencia que una Corte del Distrito Sur de Nueva York condenó a la República Bolivariana de Venezuela al pago de la cantidad de $43,360,535.20, contra inmuebles ubicados en Los Estados Unidos de América que fueron adquiridos por compañías controladas, o que son propiedad del ciudadano Raúl Gorrín Belisario, quien ha sido identificado por la OFAC y por la Fiscalía del Sur de la Florida de haber participado en actos de corrupción y pago de coimas millonarias a funcionarios encargados de la Oficina Nacional del Tesoro de la República Bolivariana de Venezuela.

Muy respetuosamente,

*[firma]*
Firmado digitalmente por
ENRIQUE JOSE SANCHEZ FALCON
Fecha: 2022.03.17 21:11:27 +01'00'

**Enrique J. Sánchez Falcón**
Procurador Especial
República Bolivariana de Venezuela