## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### MIAMI DIVISION

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

        Judgment Creditor,

v.                                                                        Case No. 1:21-mc-23103-BB

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Judgment Debtor.
_____/

### STATUTORY NOTICE TO APPEAR

TO:    **RIM Group Investments Corp.,**
        **c/o Julio De Armas, Registered Agent**
        **c/o Raul Gorrin Belisario, Director**
        **4100 Salzedo Street, Apt. 1010**
        **Miami, FL 33146**

YOU ARE HEREBY NOTIFIED that, pursuant to section 56.29, Florida Statutes, proceedings supplementary to satisfy a judgment have been initiated against you by Judgment Creditor Casa Express Corp., as Trustee of Casa Express Corp. ("Judgment Creditor"). Judgment Creditor seeks satisfaction of its unsatisfied judgment by application of the following real property: **4100 Salzedo Street, Unit 1010, Coral Gables, Florida 33146**, legally described as:

> **Condominium Unit No. 1010 of ONE VILLAGE PLACE, A CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 26306, at Page 2098, of common elements appurtenant thereto.**
>
> **Master Folio Numbers #03-412 0017 0330; 03 412 0017 0340; and 03 412 0017 0380.**

You are required to serve an affidavit **no later than seven (7) business days from the date of service of this Notice** stating why the real property should not be applied toward the satisfaction of the judgment. The affidavit must include any fact or legal defense opposing the application of the real property toward the satisfaction of the judgment. The affidavit must be served on counsel of Judgment Creditor Casa Express Corp., as Trustee of Casa Express Trust, Gamardo, P.A., 1200 Brickell Ave. Suite 750, Miami, FL 33131. You must file the original affidavit with the clerk of this court either before service on the Judgment Creditor or immediately thereafter. Legal defenses need not be filed under oath but must be served contemporaneously with the affidavit.

If any of your property has been levied on and you choose to oppose the application of the property to be applied toward the satisfaction of the judgment, then you must furnish a bond with surety to be approved by the officer in favor of the Judgment Creditor. The amount of the bond must be double the value of the goods claimed as the value is fixed by the officer and conditioned to deliver said property on demand of said officer if it is adjudged to be the property of the judgment debtor and to pay the Judgment Creditor all damages found against you if it appears that the claim was interposed for the purpose of delay.

**YOU HAVE A RIGHT TO A TRIAL BY JURY TO DETERMINE THE RIGHTS TO THE REAL PROPERTY.  YOU ARE ENTITLED TO DISCOVERY UNDER THE FLORIDA RULES OF CIVIL PROCEDURE. IF THE COURT OR JURY DETERMINES THAT THE REAL PROPERTY BELONGS TO THE JUDGMENT DEBTOR AND IS SUBJECT TO APPLICATION TOWARD THE SATISFACTION OF ITS JUDGMENT, THEN YOU MAY BE ORDERED TO PAY DAMAGES TO THE JUDGMENT CREDITOR OR SURRENDER THE REAL PROPERTY TO THE JUDGMENT CREDITOR IN SATISFACTION OF THE JUDGMENT OR SUCH OTHER RELIEF AS THE COURT ORDERS PURSUANT TO LAW.**

**DONE AND ORDERED** in Chambers at Miami, Florida, on September 6, 2022.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**