UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23103-BLOOM/OTAZO-REYES

CASA EXPRESS CORP, *as Trustee of*
CASA EXPRESS TRUST,

    Judgment Creditor,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

    Judgment Debtor.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Plaintiff and Judgment Creditor Casa Express Corp, as Trustee of Casa Express Trust ("Casa Express" or "Plaintiff")'s, Motion for Default Final Judgment against Impleaded Defendant Alejandro Andrade Cedeno ("Mr. Cedeno") and Judgment Debtor Bolivarian Republic of Venezuela ("Venezuela" or "Judgment Debtor") (hereafter, "Motion for Default Final Judgment") [D.E. 149].  This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 148].

Upon review of the case docket, it appears that Mr. Cedeno and Judgment Debtor did not file timely responses in opposition to the Motion for Default Final Judgment.  Moreover, Plaintiff's Local Rule 7.1(a)(3) certification represents that "[c]ounsel to [the] Impleaded Defendants take no position regarding entry of default final judgment against [Mr.] Cedeno . . . [and] object to entry of default judgment against Venezuela", see Motion for Default Final Judgment [D.E. 149 at 14], yet Impleaded Defendants Planet 2 Reaching, Inc., Posh 8 Dynamic, Inc., RIM Group

Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., and Raul Gorrin Belisario (together, "the Impleaded Defendants") also did not file timely responses in opposition to the Motion for Default Final Judgment. Pursuant to Rule 7.1 of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion." S.D. Fla. L.R. 7.1. In light of the foregoing, it is

ORDERED AND ADJUDGED that, **within twenty (20) days from the date of this Order**, Mr. Cedeno, Judgment Debtor, and the Impleaded Defendants shall show cause in writing why Plaintiff's Motion for Default Final Judgment should not be granted. In the alternative, Mr. Cedeno, Judgment Debtor, and the Impleaded Defendants shall file responses in opposition to the Motion for Default Final Judgment by the same date.

DONE AND ORDERED in Chambers in Miami, Florida, on this 15th day of March, 2023.

                                                ALICIA M. OTAZO-REYES
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Beth Bloom
Counsel of Record

Copies furnished by mail to:

Alejandro Andrade Cedeno
1711 Corsica Dr.
Wellington, FL 33414

Bolivarian Republic of Venezuela
1099 30th St. NW #2
Washington, DC 20007