UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23103-BLOOM/OTAZO-REYES

CASA EXPRESS CORP, *as Trustee of*
CASA EXPRESS TRUST,

    Judgment Creditor,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

    Judgment Debtor.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE came before the Court upon Plaintiff and Judgment Creditor Casa Express Corp, as Trustee of Casa Express Trust ("Casa Express" or "Plaintiff")'s, Motion for Default Final Judgment against Impleaded Defendant Claudia Patricia Diaz Guillen ("Ms. Diaz Guillen") (hereafter, "Motion for Default Final Judgment") [D.E. 179]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E. 148].

Upon review of the case docket, it appears that Ms. Diaz Guillen has not filed a timely response in opposition to the Motion for Default Final Judgment. Moreover, Plaintiff's Local Rule 7.1(a)(3) certification represents that "[c]ounsel to [the] Impleaded Defendants advised that they object to the relief sought by [the Motion for Default Final Judgment]", see Motion for Default Final Judgment [D.E. 179 at 7], yet Impleaded Defendants Planet 2 Reaching, Inc., Posh 8 Dynamic, Inc., RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., and Raul Gorrin Belisario (together, "the

Impleaded Defendants") also did not file timely responses in opposition to the Motion for Default Final Judgment. Pursuant to Rule 7.1 of the Local Rules for the Southern District of Florida, failure to respond "may be deemed sufficient cause for granting the motion." S.D. Fla. L.R. 7.1. In light of the foregoing, it is

ORDERED AND ADJUDGED that, **within twenty (20) days from the date of this Order**, Ms. Diaz Guillen and the Impleaded Defendants shall show cause in writing why Plaintiff's Motion for Default Final Judgment should not be granted. In the alternative, Ms. Diaz Guillen and the Impleaded Defendants shall file responses in opposition to the Motion for Default Final Judgment by the same date.

DONE AND ORDERED in Chambers in Miami, Florida, on this 16th day of May, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

Copies furnished via CM/ECF to:

United States District Judge Beth Bloom
Counsel of Record

Copies furnished by mail to:

Claudia Patricia Diaz Guillen
Paul Rein Detention Facility
2421 NW 16th Street
Pompano Beach, FL 33069