UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 21-23103-CV-BLOOM/OTAZO-REYES

CASA EXPRESS CORP. as Trustee of
CASA EXPRESS TRUST,

    Judgment Creditor,

v.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

    Judgment Debtor.
_____/

CASA EXPRESS CORP. as Trustee of
CASA EXPRESS TRUST,

    Plaintiff,

v.

RAUL GORRIN BELISARIO, et al.,

    Impleaded Defendants.
_____/

## ORDER RE: D.E. 193

THIS CAUSE came before the Court upon Respondents RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., Posh 8 Dynamic Inc., Planet 2 Reaching Inc., and Raul Gorrin Belisario ("Gorrin") (together, "Respondents")'s Motion for Clarification of [D.E. 184] Order on Plaintiff/Judgment Creditor Casa Express Corp. as Trustee of Casa Express Trust's ("Casa Express") Motion to Strike (hereafter, "Motion for Clarification") [D.E. 193]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Beth Bloom, United States District Judge [D.E.

148]. Upon review of the Motion for Clarification, Casa Express' Response [D.E. 199], and Respondents' Reply [D.E. 203], it is

ORDERED AND ADJUDGED that the Motion for Clarification is GRANTED as follows: In the Order, the undersigned struck a specified portion of Gorrin's Declaration, which had been submitted in opposition to the Amended Motion for Proceedings Supplementary [D.E. 60]. The undersigned found that doing so "would effectuate the concerns underlying the fugitive disentitlement doctrine, as Gorrin should not be permitted to deny the criminal allegations against him in this civil case while avoiding the Court's jurisdiction in [*U.S. v. Gorrin Belisario*, S.D. Fla. No. 18-cr-80160-WPD]." See Order [D.E. 184 at 5]. Thus, the scope of the Order is clear on its face and the Order does nothing more and nothing less than strike the specified portion of the Gorrin Declaration.

DONE AND ORDERED in Chambers at Miami, Florida this 5th day of June, 2023.

_____
ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

cc: United States District Judge Beth Bloom
    Counsel of Record