UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23103-BLOOM/Otazo-Reyes

CASA EXPRESS CORP, *as Trustee*
*of Casa Express Trust*,

    Judgement Creditor,

v.

BOLIVARIAN REPUBLIC OF VENEZUELA,

    Judgment Debtor.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATIONS

**THIS CAUSE** is before the Court upon Plaintiff Casa Express Corp's ("Casa") Motion for Default Final Judgment against Impleaded Defendant Claudia Patricia Diaz Guillen ("Diaz Guillen"), ECF No. [179], filed on April 14, 2023 ("Motion"). Defendant Claudia Patricia Diaz Guillen did not file a Response, but co-Defendants Raul Gorrin Belisario ("Gorrin"), RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM Group Investments III Corp., Posh 8 Dynamic Inc., and Planet 2 Reaching Inc. did file a Response in Opposition, ECF No. [210]. Casa filed a Reply. ECF No. [212]. All post-judgment matters, including the instant Motion, were referred to United States Magistrate Judge Alicia Otazo-Reyes. ECF No. [148]. On June 26, 2023, the Judge Otazo-Reyes issued a Report and Recommendation ("R&R") recommending that the Motion be granted and Final Default Judgment be entered against Diaz Guillen. ECF No. [214]. The R&R states that the parties shall file any objections within fourteen days of the date of service of a copy of the R&R. *Id*. No objections were filed.

Case No. 21-cv-23103-BLOOM/Otazo-Reyes

Nevertheless, the Court has conducted a *de novo* review of the R&R and the record in this case, and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)). Upon review, the Court finds the R&R to be well reasoned and correct. The Court therefore agrees with the analysis in the R&R and concludes that the Motion must be **GRANTED** and Default Judgment entered as to Impleaded Defendant Diaz Guillen for the reasons set forth therein.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The R&R, **ECF No. [214]**, is **ADOPTED**;

2. The Motion, **ECF No. [179]**, is **GRANTED**;

3. Final Default Judgment against Diaz Guillen will be entered by separate Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on July 11, 2023.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Claudia Patricia Diaz Guillen
00808-510
Palm Beach County Main Detention Center
3228 Gun Club Road
West Palm Beach, FL 33406