UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-cv-23103-BB

CASA EXPRESS CORP, as Trustee of
CASA EXPRESS TRUST,

        Judgment Creditor,

vs.

BOLIVARIAN REPUBLIC OF
VENEZUELA,

        Judgment Debtor.
_____/

## UNOPPOSED MOTION TO CONTINUE
## SEPTEMBER 25, 2023 HEARING

      Without objection, Respondents, Raul Gorrin Belisario, Planet 2 Reaching, Inc., Posh 8 Dynamic, Inc., RIM Group Investments Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., and RIM Group Investments III Corp., through undersigned counsel, move the Court for a continuance of the hearing currently scheduled for Monday, September 25, 2023 at 1:30 p.m., which falls on the Jewish holiday of Yom Kippur.

      1.    On August 31, 2023, Plaintiff filed a Motion to determine whether Gorrin must testify in person at the jury trial in this matter. ECF No. 220.

      2.    On September 1, 2023, Magistrate Judge Otazo-Reyes issued a Paperless Order setting a hearing on Plaintiff's Motion for September 25, 2023 at 1:30 p.m. ECF No. 221. September 25, 2023 is the Jewish holiday of Yom Kippur.

      3.    On September 6, 2023, Plaintiff filed its First Motion to Extend Notices of Lis Pendens. ECF No. 222.

4.       On September 11, 2023, Magistrate Judge Otazo-Reyes issued a Paperless Supplemental Order advising the Parties that Plaintiff's First Motion to Extend Notices of Lis Pendens would also be heard on September 25, 2023 at 1:30 p.m. ECF No. 223.

5.       Undersigned counsel for Respondents, who is Jewish, intends to participate in the hearing scheduled for September 25, 2023, and therefore respectfully requests that the hearing be rescheduled to a later date.

6.       Good cause exists to continue the September 25, 2023 hearing and no party will be prejudiced by the requested continuance.

### CERTIFICATION REGARDING PRE-FILING CONFERENCE

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that Plaintiff does not oppose the relief requested in the Motion.

Respectfully submitted,

**BLACK SREBNICK, P.A.**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421

 /s/   *Howard Srebnick*
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*Attorney for Respondents*